April 23, 1982.

445 A.2d 229

Commonwealth v. Althouse, Appellant.

Submitted June 3, 1981. Charles B. Coleman, Assistant Public Defender, for appellant; George Yatron, District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.

---

445 A.2d 229

Commonwealth v. Baldwin, Appellant.

Submitted February 1, 1982. Manuel Grife, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of May 6, 1981 denying appellant's petition for relief under the Post Conviction Hearing Act is affirmed.